UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
JUSTIN STOLL
    Defendant.

Case No. 1:21-mj-00030

## CRIMINAL MINUTES before
## Magistrate Judge Stephanie K. Bowman

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # __1571__)    Date/Time: 1/15/21 @ 1:30 PM
United States Attorney: Julie Garcia
Defendant Attorney: Karen Savir (FPD)    Interpreter: N/A

☐ By telephone  ☒ By videoconferencing  ☒ Deft (does)/does not consent to proceed

*Initial Appearance:* ☒ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ Counsel present    ☐ *Superseding Indictment*    ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties  ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his/her rights  ☒ Defendant provided copy of charging document  ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☒ Financial affidavit presented to the Court/Defendant  ☐ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed (☒ FPD  ☐ CJA)  ☒ Charging document unsealed upon oral motion of the United States

☐ Defendant did not contest detention at this time
*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order  ☐ Detention is moot-active parole/probation detainer
Plaintiff Witness _____  ☐ Detention is moot - serving state sentence
Defendant Witness _____  ☐ Home Incarceration
☒ OR  ☐ Secured with _____  ☒ Electronic Monitor  ☐ Other  ☐ Home Detention  ☐ Curfew
_____  ☒ Location Monitoring  ☒ GPS  ☐ RF _____

Special Conditions of Release: ☒ Pretrial/Probation Supervision ☒ Drug testing & Treatment ☐ maintain employment & verify
☒ refrain from all/<u>excessive</u> alcohol ☒ narcotic drugs unless prescribed ☒ use/possession of firearms ☒ Travel Restricted to SDOH, except Franklin Cty, OH
☒ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
Shall not obtain passport; Restricted to one device with internet access, to be monitored by PTS; Wife and son of Deft must ☒ Mental Health Eval/Treatment
consent to having internet devices password protected; no access to all social media

*Pretrial Bond Violation Hearing*:
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set __1/29/21 @ 1:30 PM__
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____  Defendant Witnesses: _____

AUSA Exhibits: _____  Defendant Exhibits: _____

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☐    Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered    ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing    ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered    ☐ Removed to _____
☐ Probable Cause Found
    ☐ Defendant to voluntarily report to charging district no later than
_____

Remarks: