AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

JUSTIN STOLL

**NOTICE**

CASE NUMBER: 1:21-MJ-00030

TYPE OF CASE:

☐ **CIVIL**   ☑ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE 100 EAST FIFTH STREET CINCINNATI, OHIO | BY VIDEO CONFERENCING |
| | DATE AND TIME |
| | 1/29/2021 AT 1:30 PM |

TYPE OF PROCEEDING

PRELIMINARY EXAMINATION HEARING BEFORE MAGISTRATE JUDGE STEPHANIE K. BOWMAN GOTOMEETING LOGIN INFORMATION WILL BE PROVIDED TO COUNSEL PRIOR TO THE DATE OF THE HEARING.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/15/2021

DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:

COUNSEL
USMS
PRETRIAL SERVICES
PROBATION