AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

# UNITED STATES DISTRICT COURT

2021 JAN 14 PH 2:40

for the

Southern District of Ohio

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **JUSTIN STOLL** | ) | Case No.  1821MJ-030 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     JUSTIN STOLL                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment          ◻ Superseding Indictment          ◻ Information          ◻ Superseding Information     ☑ Complaint
◻ Probation Violation Petition          ◻ Supervised Release Violation Petition          ◻ Violation Notice     ◻ Order of the Court

This offense is briefly described as follows:

Interstate Threats, in violation of 18 U.S.C. 875(c); Tampering with a Witness by Threats, in violation of 18 U.S.C. 1512(b)(3)

Date: 1/14/21

_Issuing officer's signature_

City and state:     Cincinnati, Ohio

Hon. Stephanie K. Bowman, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 01/14/2021 and the person was arrested on _(date)_ 01/15/2021
at _(city and state)_ WILMINGTON OH.

Date: 01/15/2021

_Arresting officer's signature_

BRAD Ramey DUSM
_Printed name and title_