IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:21-MJ-00030 |
| v. | : | HON. KAREN L. LITKOVITZ |
| JUSTIN STOLL, | : | |
| Defendant. | : | |

WAIVER OF TIMELY PRELIMINARY HEARING AND INDICTMENT/INFORMATION

I, Justin Stoll, the above-named defendant, being advised of the nature of the charges against me and of my rights, hereby waive, with the advice of my counsel, my right to a preliminary hearing on or before August 31, 2021, and agree that the hearing should be continued to October 29, 2021, or as soon thereafter as is convenient for the Court.

Furthermore, I do hereby waive, with the advice of my counsel, the period within which an indictment or information must be filed under 18 U.S.C. § 3161(b) with respect to the above-referenced matter. This waiver is for an additional period commencing on the date when the indictment or the information must have been filed under the previous waiver (September 10, 2021) and continuing up to and including November 12, 2021.

This Waiver is made and executed in conjunction with, and support of, the accompanying Joint Motion to Continue Preliminary Hearing, Extend Time Period For Filing Indictment or Information, and Exclude Time Under the Speedy Trial Act. By signing this Waiver below, I acknowledge that I understand this Waiver and accompanying Motion and have read and discussed their contents with my attorney, that I agree with and consent to the filing of this Waiver and the accompanying Motion with this Court, that there will be no in-court appearance or hearing regarding this Waiver or the accompanying Motion, that no threats or promises have

been made to get me to sign this Waiver, and that I have signed this Waiver knowingly, intelligently, and voluntarily, of my own free will.

Date: ____8/12/21_____  

*Justin stoll* ✓
_____
DEFENDANT JUSTIN STOLL

    I am Justin Stoll's attorney. By signing below, I acknowledge that I have carefully discussed this Waiver and the accompanying Joint Motion to Continue Preliminary Hearing, Extend Time Period for Filing Indictment or Information, and Exclude Time Under the Speedy Trial Act with my client, that I have fully advised my client of the nature of the charge(s) in this matter, his rights, and the consequences of entering into this Waiver and making the accompanying Joint Motion, that my client expressed agreement with and consented to the filing of this Waiver and the accompanying Joint Motion with this Court, and that to my knowledge, my client's decision to execute this Waiver is knowing, intelligent, and voluntary, of his own free will.

Date: ____8/12/21_____  

*Karen Savir*
_____
KAREN SAVIR (KY 92002)
Attorney for Defendant